**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **SAMUEL SANTIAGO-GOMEZ** | **CASE NO. 1:26-CV-01749 SEC P** |
| **VERSUS** | **JUDGE EDWARDS** |
| **MELISSA B. HARPER ET AL** | **MAGISTRATE JUDGE WHITEHURST** |

**MEMORANDUM ORDER**

Before the Court is a Petition for Writ of Habeas Corpus (ECF No. 1) under 28 U.S.C. § 2241 filed by Petitioner Samuel Santiago-Gomez ("Santiago"), a native and citizen of Spain. *See* R. Doc. 1 at 3. According to the declaration of Assistant Field Office Director Matthew Reaves, Santiago was released from ICE custody into the custody of the Federal Bureau of Investigation (FBI) on August 5, 2026. *See* R. Doc. 10-1 at 5.

"Article III of the Constitution limits federal 'Judicial Power,' that is, federal-court jurisdiction, to 'Cases' and 'Controversies.'" *U.S. Parole Comm'n v. Geraghty*, 445 U.S. 388, 395 (1980). A case becomes moot "when the issues presented are no longer 'live' or the parties lack a legally cognizable interest in the outcome." *Id*. at 396 (quoting *Powell v. McCormack*, 395 U.S. 486, 496 (1969)). If a controversy becomes moot, the case must be dismissed for lack of jurisdiction. *See Lewis v. Continental Bank Corp.*, 494 U.S. 472, 477 (1990).

The case-or-controversy requirement "subsists through all stages of federal judicial proceedings, trial and appellate." *Spencer v. Kemna*, 523 U.S. 1, 7 (1998)

(citations omitted). The parties must continue to have a "personal stake in the outcome" of the lawsuit. *Id.* Therefore, throughout the litigation, the petitioner "must have suffered, or be threatened with, an actual injury traceable to the defendant and likely to be redressed by a favorable judicial decision." *Id.*

Here, the Petition sought immediate release from ICE custody and named only DHS employees as Respondents. *See* ECF No. 1. Because Santiago is now in the custody of the FBI and Respondents are not responsible for Santiago's current detention, the Court cannot grant the requested relief. Accordingly,

**IT IS ORDERED** that the Petition (R. Doc. 1) is hereby **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.

SIGNED on Thursday, September 24, 2026.

JERRY EDWARDS, JR.
UNITED STATES DISTRICT JUDGE